SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
SAGARIA LAW, P.C.
2033 Gateway Pl., 5th Floor
San Jose, CA 95110
Telephone: 408-279-2288
Facsimile: 408-279-2299

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **Victor Vazquez,** | CASE NO. 3:17-cv-00424-RS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **Sterling Jewelers, Inc.; et al.,** | |
| Defendants. | |

**THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that a settlement has been reached between Plaintiff Victor Vazquez and Defendant Sterling Jewelers, Inc. in this matter. The parties anticipate finalizing the settlement and stipulating to a dismissal within the next 40 days.

Date: May 26, 2017                                          **SAGARIA LAW, P.C.**

                                                                                By: /s/Elliot W. Gale
                                                                                      Elliot W. Gale
                                                                                      *Attorneys for Plaintiff*

1

NOTICE OF SETTLEMENT