1 | Scott Sagaria (State Bar No.217981)
  | sjsagaria@sagarialaw.com
2 | Elliot Gale (State Bar No. 263326)
  | egale@sagarialaw.com
3 | Joe Angelo (State Bar No. 268542)
  | jangelo@sagarialaw.com
4 | SAGARIA LAW, P.C.
  | 3017 Douglas Blvd., Ste. 100
5 | Roseville, California 95661
  | Telephone: (408) 279-2288
6 | Facsimile: (408) 279-2299

7 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| VICTOR VAZQUEZ, | Federal Case No.: 3:17-CV-00424-RS |
|---|---|
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CARFINANCE CAPITAL, LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff Victor Vazquez, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant CarFinance Capital, LLC as to all claims in this action, with prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

    (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court

1 | order by filing:

2 | a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant CarFinance Capital, LLC has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: June 16, 2017                    Sagaria Law, P.C.

                                        By:  */s/ Elliot W. Gale*
                                             Elliot W. Gale
                                        Attorneys for Plaintiff
                                        Victor Vazquez