Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Victor Vazquez

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR VAZQUEZ,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　　　　Defendants. | Case No.: 3:17-cv-00424-RS<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Victor Vazquez and defendant Experian Information Solutions, Inc., by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  The Parties believe the settlement will be finalized within sixty (60) days and will request dismissal of Experian Information Solutions, Inc. from this action upon finalization.

　　　　　　　　　　　　　　　　　　　　　　**Sagaria Law, P.C.**

Dated:   October 3, 2017　　　　By:　　/s/ *Elliot Gale*
　　　　　　　　　　　　　　　　　　　　Elliot Gale
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

//

NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. -1-

**Jones Day**

Dated:   October 3, 2017         By:    /s/ *Benjamin Chung Lee*
                                        Benjamin Chung Lee
                                        Attorneys for Defendant
                                        Experian Information Solutions, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Notice. I hereby attest that Benjamin Chung Lee has concurred in this filing.

*/s/ Elliot Gale*

NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. -2-